UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

**Sharina Jones,**

       Plaintiff(s),                                                     Case No. 19-CV-11472
                                                                                     HON. BERNARD A. FRIEDMAN

v.

**HG Troy, Inc.,**

       Defendant(s).
_____/

**NOTICE OF REQUIREMENTS FOR SUBMISSION OF JOINT DISCOVERY PLAN**

       Plaintiff in the above entitled case is directed to convene a conference with all counsel for the purpose of preparing a joint discovery plan in accordance with Fed. R. Civ. P. 26(f). The joint discovery plan must comply with Fed. R. Civ. P. 26(f)(3) and must be electronically filed within 14 days of the date of this notice. If the Court has no objections to the plan, the Court will enter a scheduling order accordingly, and in this event no scheduling conference will be held.


Dated: July 12, 2019                              s/Johnetta M. Curry-Williams
Detroit, Michigan                                 Case Manager in the Chambers of the
                                                      Honorable Bernard A. Friedman
                                                     313-234-5170