UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **SHARINA JONES, Individually,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Case No. 2:19-cv-11472 |
| : | Hon. Bernard A. Friedman |
| **HG TROY, INC.** : | |
| **A Domestic Corporation** : | |
| : | |
| **Defendant.** : | |

| | |
|---|---|
| Pete M. Monismith (P78186) | Joseph N. Fraser  (P74419) |
| PETE M. MONISMITH, PC | 3250 W. Big Beaver Rd., Ste. 500 |
| 3945 Forbes Avenue, | Troy, MI 48084 |
| Pittsburgh, Pennsylvania  15213 | p. (248) 641-1800 |
| Telephone:  (724) 610-1881 | f. 641-3845 |
| Facsimile (412) 258-1309 | jfraser@jshlawmi.com |
| Pete@monismithlaw.com | *Attorney for Defendant* |
| *Attorney for Plaintiff* | |

### STIPULATED FINAL ORDER OF DISMISSAL

The parties having stipulated to the entry of a Final Order dismissing, with prejudice, this action, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-entitled case **BE**, and hereby **IS**, **DISMISSED WITH PREJUDICE**, and without costs or attorney fees to any party.


Dated:   August 28, 2019
       Detroit, Michigan

s/Bernard A. Friedman
Bernard A. Friedman
Senior United States District Judge

The parties, through their counsel, hereby stipulate to the entry of the above Stipulated Final Order to Dismiss the Complaint.

| | |
|---|---|
| Pete M. Monismith (P78186) | Joseph N. Fraser  (P74419) |
| PETE M. MONISMITH, PC | 3250 W. Big Beaver Rd., Ste. 500 |
| 3945 Forbes Avenue, | Troy, MI 48084 |
| Pittsburgh, Pennsylvania  15213 | p. (248) 641-1800 |
| Telephone:  (724) 610-1881 | f. 641-3845 |
| Facsimile (412) 258-1309 | jfraser@jshlawmi.com |
| Pete@monismithlaw.com | *Attorney for Defendant* |
| *Attorney for Plaintiff* | |